SEALED

**FILED**

December 8, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br><br>v.<br><br><br>HUBER AGUIRRE SOLIS<br><br><br>Defendant | Case No: SA-21-CR-00539-OLG<br><br><br>INDICTMENT<br><br>COUNT I: Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii) – Possession with Intent to Distribute (Cocaine)<br><br>COUNT II: Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii) – Possession with Intent to Distribute (Cocaine) |

THE GRAND JURY CHARGES:

## COUNT ONE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)]

That on or about June 10, 2021, in the Western District of Texas, Defendant,

**HUBER AGUIRRE SOLIS**

did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more

of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric

isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii).

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(ii)]

That on or about July 15, 2021, in the Western District of Texas, Defendant,

**HUBER AGUIRRE SOLIS**

did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more

of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric

isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B)(ii).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY


ASHELY C. HOFF
UNITED STATES ATTORNEY


BY:   _____

FOR ADRIÁN ROSALES
Assistant United States Attorney